IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL LOGSDON : <br> : <br> Plaintiff(s) : <br> : Case Number: 1:05-cv-00541 <br> vs. : <br> : Senior District Judge S. Arthur Spiegel <br> CHARLES HAINS, et al. : <br> : <br> Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . the Court GRANTS Defendants' Motion to Dismiss (doc. 6), DENIES Plaintiff's Motion for Order to Convert Defendants' Motion to Dismiss to a Proceeding for Summary Judgment and Publishing a Discovery Order (doc. 10), and DENIES AS MOOT Plaintiff's Motion for Leave to File a Supplemental Memorandum Addressing the Preclusion Argument in Defendants' Rule 12(b)(6) Motion (doc. 11).

6/27/06                                                                    James Bonini, Clerk


                                                                           s/Kevin Moser
                                                                           Kevin Moser
                                                                           Deputy Clerk